UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CASE NO._____

AMY MISCHLER

v.

Case: 1:20-cv-01863
Assigned To : Unassigned
Assign. Date : 7/6/2020
Description: PRO SE GEN CIV (F-DECK)

MIKE PENCE, VICE PRESIDENT OF THE UNITED STATES,
ALEX AZAR, SECRETARY OF THE FEDERAL DEPARTMENT OF HEALTH AND
HUMAN SERVICES,
ATTORNEY GENERAL WILLIAM BARR,
AMBASSADOR KELLY CRAFT,
SENATE LEADER ADDISON "MITCH" MCCONNELL,
SIXTH CIRCUIT CHIEF JUDGE R. GUY COLE JR.
KENTUCKY FORMER GOVERNOR MATT BEVIN,
CHRISTY TROUT VAN TATENHOVE,
F.B.I. AGENT SHANE BAUMGARDNER,
JOHN DOE,
FLORIDA GOVERNOR RON DESANTIS.

MOTION FOR LEAVE FOR DELAYED PAYMENT OF COURT FILING FEE

Ms. Mischler requests that she be granted to leave for delayed payment of court filing fee due to Covid 19. The fee exceeds the amount that can be withdrawn for ATM and her bank requires appointments of which, of she overlooked during the drafting of the complaint. She hasn't seen her only two children since 2008[eight] because of the wrongdoing herein and writing about it and how public officials failed to uphold their oaths is emotionally affecting. Allowing her to pay the fee shortly after the assignment of a case number does not prejudice anyone. Of course, the case will be dismissed if she does not pay the filing fee. She understands this.

Page 1 of 2



RECEIVED
Mail Room

JUL - 6 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

WHEREFORE, she requests this motion to be granted.

Dates: 7/2/2020                                                                                          Respectfully submitted,

*Amy Mischler*
Amy Mischler
1120 Palm Court
Okeechobee, Florida 34974
863-801-1877
ajmischler@yahoo.com