**FILED**

7/28/2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMY MISCHLER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   Civil Action No. 1:20-cv-01863 (UNA) |
| | ) |
| | ) |
| MIKE PENCE, *et al*., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that plaintiff's application for leave to proceed *in forma pauperis* [2] is

**GRANTED**, it is further

**ORDERED** that pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i), the complaint [1] is

**DISMISSED** without prejudice.

This is a final appealable order.

**SO ORDERED.**

_____/s/_____
JAMES E. BOASBERG
United States District Judge

DATE:  July 28, 2020

1